UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nathan James Wright,

Plaintiff,

v.

Lucas County Engineer's Office, et al.,

Defendants.

Case No. 3:26-cv-945

ORDER

*Pro se* Plaintiff Nathan James Wright filed this action on April 21, 2026. (Doc. No. 1). He paid the filing fee of $405.00. But because he did not provide the Clerk with proposed summons, no summons were issued to him. (*See* Doc. No. 2).

"The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). And Rule 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Ninety days have elapsed since the filing of the Complaint, and service has not been perfected on Defendants.

By December 22, 2026, Plaintiff shall either show service has been perfected on Defendants or show cause for the failure to do so. If Plaintiff fails to do so with respect to either Defendant, his claims against that Defendant will be dismissed without prejudice under Rule 4(m).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge